NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONNIE JONES,                                      )
                                                   )
        Appellant,              )
                                                   )
v.                                                 )    Case No. 2D18-2855
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.               )
                                                   )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Daniel Muller, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


LaROSE, NORTHCUTT, and SMITH, JJ., Concur.